In the Matter of HARRY C. STEIN, Respondent, against EDWARD CORSI, as Industrial Commissioner of the State of New York, Appellant.

Argued December 6, 1945; decided January 18, 1946.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, Irving Galt* and *John P. Powers* of counsel), for appellant.
*Sydney A. Syme* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.